# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL THURSTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE KITCHEN COLLECTION, LLC, an Ohio limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:17-cv-02566 JGB(SPx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: November 16, 2017<br>Trial Date: None<br>District Judge: Hon. Jesus G. Bernal<br>Courtroom: 1, Riverside<br>Mag. Judge: Hon. Sheri Pym<br>Courtroom: 3, 3rd Fl., Riverside |

Proposed Order Granting Joint

Case No. 5:17-cv-02566 JGB(SPx)
ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)

The Court, having considered the Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the parties, finds that this action shall be dismissed *with prejudice*. Each party is to bear her or its own attorneys' fees, costs, and expenses.

The Court will retain jurisdiction over the parties and the action until April 3, 2020 for the sole purpose of enforcement of the parties' obligations under Section 2(C) of the parties' Confidential Settlement Agreement and Release of Claims.

**IT IS SO ORDERED.**

Dated: April 10, 2018

_____
Honorable Jesus G. Bernal
United States District Judge